IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN HINZO,

    Plaintiff,

v.                                                                CIV 14-1083 MV/KBM

SUSANA MARTINEZ, GREGG MARCANTEL,
DEREK WILLIAMS, GERMAN FRANCO,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on the "Unopposed Motion to Withdraw and Substitution and Entry of Appearance of Justin Hinzo as Counsel of Record for Himself (Pro Se)" filed by Plaintiff's attorney Jason Flores-Williams, (*Doc. 26*), filed June 12, 2015. The motion to withdraw indicates that there has been a complete breakdown of the attorney-client relationship and that counsel can no longer effectively represent Plaintiff. There being no opposition, the Court will grant the motion and deem Plaintiff Justin Hinzo to be proceeding *pro se* in this action.

    The Clerk shall so reflect on the docket sheet and indicate Plaintiff Justin Hinzo's address as State Penitentiary of New Mexico, Level VI, 4331 State Highway 14, Santa Fe, New Mexico, 87504. The Clerk shall also send a copy of the Court's Guide for Pro Se Litigants to Plaintiff at that address. Mr. Hinzo is cautioned that he must familiarize himself with the Federal Rules of Civil Procedure as well as our district's local rules. Failure to comply with those rules or the orders of this Court could result in the imposition of sanctions, up to and including dismissal of this case.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE