IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUSTIN HINZO,**

    Plaintiff,

v.                                      No. 14-CV-1083-MV-KBM

**GREGG MARCANTEL, Secretary,**
**New Mexico Corrections Department,** *et al.***,**

    Defendants.

### ORDER GRANTING DEFENDANT'S MOTION TO SEAL AND FOR PROTECTIVE ORDER

THE COURT, having considered the Defendant's Motion to Seal and for Protective Order, finding that the parties are in agreement, and being otherwise advised in the premises FINDS that Defendant's Motion is well taken and is GRANTED. The Court hereby FINDS, ORDERS, and ADJUDGES that:

1. Certain documents or information exchanged between the parties or discussed in depositions may, if disclosed to the public or inmates (including the Plaintiff himself), jeopardize the safety and security of inmates, staff, and visitors.

2. In the interest of judicial and litigant efficiency, the Court will permit the designation of any document, information, or deposition as confidential by a party if they have a good faith security or safety concern;

3. The Court will permit the prospective filing of any documents under seal, without prior court approval, to prevent public access to confidential documents or information;

4. Designated confidential documents or confidential information are restricted from being shared with, viewed, or accessible by Plaintiff himself, other inmates, or the general public;

5. The attorneys, attorneys' employees, and expert(s) may be permitted access to confidential documents or information, but are otherwise bound by the restrictions in this Order;  Any violation of this Order may subject a party to sanctions; and

6. Any relief from this Order shall only be permitted upon subsequent motion and order from the Court finding that such documents or information do not pose a safety or security concern or upon express written permission from opposing counsel who made the confidential designation on a party's behalf.

IT IS SO ORDERED this 18th day of May 2016.

THE HONORABLE KAREN B. MOLZEN
UNITED STATES CHIEF MAGISTRATE JUDGE


APPROVED:


*/s/ William W. Wirkus*                                    
William W. Wirkus
Doughty, Alcaraz, & deGraauw, P.A.
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
Attorney for Defendants


*approval via e-mail 05/17/16*                    
George Bach
Garcia Ives Nowara
924 Second Street NW, Suite A
Albuquerque, NM 87102
Attorney for Plaintiff

2