IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUSTIN HINZO,**

    Plaintiff,

**v.**　　　　　　　　　　　　　　　　　　　　　No. 14-CV-1083-MV-KBM

**NEWMEXICO CORRECTIONS DEPARTMENT**,
*et al.*,

    Defendants.

## STIPULATED ORDER

THIS MATTER comes before the Court on the Plaintiff's *Motion to Compel Regarding Plaintiff's Second Set of Requests for Production Nos. 4 and 15* (Doc. 104, filed June 3, 2016). Having reviewed the pleadings and this stipulated order provided by the parties, the Court hereby grants the motion in part and denies the motion in part, as set forth herein.

1.    After redacting the names of any confidential informants, Defendant will produce the pages withheld from the Plaintiff's inmate file. Plaintiff has represented that he does not seek the two pages that are subject to the attorney-client privilege and therefore, those two pages need not be produced.

2.    Defendant has withdrawn his remaining objections to Plaintiff's Request for Production No. 4. Accordingly, all documents responsive to that request will be produced to Plaintiff on or before August 8, 2016.

3.    The parties have represented that any dispute regarding Plaintiff's Request for Production No. 15 has been resolved.

4.    The hearing set for Friday, July 22, 2016 at 10:00 a.m. is hereby vacated.

1

IT IS SO ORDERED.

_____
HON. KAREN B. MOLZEN
Chief U.S. Magistrate Judge

APPROVED:

/s/ George Bach 7/20/16
_____
George Bach
Garcia Ives Nowara
924 Second Street NW, Suite A
Albuquerque, NM 87102
Attorney for Plaintiff

Approved via e-mail 7/20/16
_____
Natasha A. Wesenberg
William W. Wirkus
Doughty, Alcaraz, & deGraauw, P.A.
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
Attorney for Defendants