IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN HINZO,

    Plaintiff,

v.                                        CIV 14-1083 MV/KBM

NEW MEXICO CORRECTIONS DEPARTMENT, *et al.*,

    Defendants.

## ORDER FOLLOWING HEARING

**THIS MATTER** came before the Court for a hearing on September 8, 2016, on Defendants' Motion to Compel Compliance with Notice of Deposition Duces Tecum (*Doc. 121*). Having reviewed the parties' submissions and the relevant law, and having heard arguments of counsel, the Court stated on the record its rulings and its rationale, and it incorporates such rationale herein.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' Motion to Compel Compliance with Notice of Deposition Duces Tecum (*Doc. 121*) **is granted in part** to the extent that Plaintiff's expert, Shannon McReynolds, is ordered to provide a release to Defendants for his employment records with the New Mexico Department of Corrections for the time period of January 2013 to August 2014.

2. The employment records shall be produced subject to the confidentiality order already in place in this case.

3.  The motion is **otherwise denied**.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE